ELLEN F. ROSENBLUM
Attorney General
NATHAN K RIEMERSMA #164699
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, OR 97301-4096
Telephone: (503) 947-4700
Fax: (503) 947-4791
Email: Nathan.K.Riemersma@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| TOD JAMES BAILEY, | Case No. 6:20-CV-01710 |
|---|---|
| Plaintiff, | STIPULATED GENERAL JUDGMENT |
| v. | |
| JOSEPH BUGHER, Assistant Director, Health Services, ODOC; CHRISTOPHER P. DIGIULIO, MD, Medical Director, ODOC; LORETTA IRVING, RN, Medical Services Manager, OSCI; CARMEN LEWIS, RN, OSCI; NP BALOGUN, OSCI; ANDREW GLASS, MD, OSCI; NP ELLIOTT, OSCI; T. BRISTOL, MD, OSCI; SHARON SMITH, MD, OSCI; ZOLTAN TEGLASSY, MD, OSCI; X-RAY TECHNICIAN D. FLEENER, OSCI; RN C. CRITES, OSCI; RN LYNCH, OSCI; MICKI HARNAGIN, OSCI; JESSICA SHIRES, RN, OSCI; K. ROPER, RN, OSCI; JOHN & JANE DOES 1-20, ODOC/OSCI employees whose identities are presently unknown to Plaintiff but who were involved in the violations alleged herein; all sued in their individual and official capacities, | |
| Defendants. | |

# GENERAL JUDGMENT

Based upon stipulation of the parties that this case has been fully resolved and Plaintiff has agreed to voluntarily dismiss his lawsuit with prejudice. The parties agree that each party shall pay its own costs, fees, and attorney fees, and the Parties stipulate that a General Judgment of Dismissal with Prejudice may be entered as to all parties and all claims.

IT IS HEREBY ORDERED AND ADJUDGED that that this case be dismissed with prejudice, and without fees or costs to any party.

DATED: 12/17/21

_____
HONORABLE MICHAEL W. MOSMAN
U. S. District Court Judge

Submitted by: Nathan Riemersma
Assistant Attorney General
Attorney for Defendants